# FILED MANDATE

2005 JUL -8 P 1:44

U.S. DISTRICT COURT
NEW HAVEN

D. Conn.
03-cr-141
Hall, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of June, two thousand and five,

Present:
    Hon. Roger J. Miner,
    Hon. Rosemary S. Pooler,
        *Circuit Judges*,
    Hon. Frederic Block,
        *District Judge.**



United States of America,

        Appellee,

v.                                                                                     04-4516-cr

David Jowers,

        Defendant-Appellant.

---

    Defendant-Appellant moves, with the Government's consent, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.
    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b).
    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

*The Honorable Frederic Block, of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-MZK

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

MANDATE: 6-29-05