UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. |
| v. | : | 3-03-cr-141 (JCH) |
| | : | |
| DAVID JOWERS | : | JANUARY 27, 2006 |

## SCHEDULING ORDER

As a result of the remand from the Court of Appeals, the court intends to consider whether it would have imposed a non-trivially different sentence in this case if the Sentencing Guidelines had been advisory. That consideration will include a review of the pre-sentence report and the transcript of the sentencing hearing.

If counsel wish to file written submissions concerning whether the court should have imposed a non-trivially different sentence, they should file simultaneous submissions on or before **FEBRUARY 15, 2006.**

If the defendant wishes to avoid resentencing, he should promptly notify the court that resentencing will not be sought.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 27th day of January, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge