UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>        **Plaintiff,**<br>    vs.<br>**DAVIS JOWERS,**<br>        **Defendant** | ) Case No.: 3:03Cr141(JCH)<br>)<br>)<br>)<br>)<br>)<br>) March 1, 2006<br>)<br>)<br>)<br>) |

<u>MOTION FOR EXTENSION OF TIME WITHIN TO FILE REQUEST FOR RE-SENTENCING OF THE DEFENDANT PURSUANT TO THE DICTATES OF U.S. V. BOOKER AND U.S. V. FANFAN</u>

The Defendant in the above-captioned matter, through undersigned counsel, hereby moves for an extension of time in which to file his request for re-sentencing under the dictates of U.S. v. Booker and U.S. v. Fanfan, up to and including March 24, 2006. The undersigned was on a long scheduled vacation from January 26, 2006 to January 31, 2006. Further undersigned was ill and unable to attend to his practice for the week of February 13, 2006. Lastly, undersigned has a request for re-sentencing due on March 17, 2006 in the matter of United States v. Terrance Boyd. Thereby limiting undersigned time to effectively prepare the notice in a timely manner. The Government has no objection to this request.

WHEREFORE, the Defendant respectfully request that the foregoing motion for the extension be granted.

        Respectfully Submitted,


        By:_____
            Francis L. O'Reilly
            87 Ruane Street
            Fairfield, CT 06430
            203-319-0707
            Fed. Bar No. CT17505


## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:


John Marrella, Esq.
Assistant U.S. Attorney
United States Attorney's Office
157 Church Street
New Haven, CT 06510

                                By: _____
                                    Francis L. O'Reilly